UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GRIFFITHS,<br><br>            Plaintiff,<br><br>     v.<br><br>R. TOLSON, et al.,<br><br>            Defendants. | 1:15-cv-01226-SKO (PC)<br><br>ORDER TO FILE IN FORMA PAUPERIS APPLICATION ON FORM PROVIDED WITH ORDER OR PAY FILING FEE IN FULL<br><br>(Doc. 2)<br><br>FORTY-FIVE DAY DEADLINE |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 10, 2015. Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but the form he used does not include this court's requisite language acknowledging that the fee will be deducted in increments from his trust account if funds are available. Therefore, Plaintiff shall sign and file the application form provided with this order. In the alternative, Plaintiff may pay the $400.00 filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff the application to proceed in forma pauperis used by this court;

1

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall sign and file the application to proceed in forma pauperis or, in the alternative, pay the $400.00 filing fee in full; and

3. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 12, 2015**                             /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE