# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GRIFFITHS,<br><br>        Plaintiff,<br><br>    v.<br><br>R. TOLSON, et al.,<br><br>        Defendants. | Case No.  1:15-cv-01226-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 22) |

Plaintiff Steven Griffiths ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 23, 2017, the Magistrate Judge issued Findings and Recommendations that this action proceed on Plaintiff's second amended complaint against Defendant Ramirez for failure to protect in violation of the Eighth Amendment, and that Plaintiff's remaining claims and Defendant Tolson be dismissed from this action, for Plaintiff's failure to state a claim upon which relief may be granted.  (ECF No. 22.)  The Findings and Recommendations were served on Plaintiff and contained notice that any objections must be filed within fourteen days after service of the order.  (Id. at 6–7.)

On July 5, 2017, Plaintiff filed a document titled "Objections to Magistrate Judge's Findings and Recommendations."  The document states, in its entirety: "Plaintiff Steven Griffiths, hereby submits this motion 'Objections to Magistrate Judge's findings and Recommendations.'"

1 | (ECF No. 24.)  The deadline for any remaining objections has expired.

2 |      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
3 | *de novo* review of this case and carefully reviewed the entire file.  The Court finds that the
4 | Findings and Recommendations are supported by the record and by proper analysis.

5 |      Based on the foregoing, IT IS HEREBY ORDERED that:

6 |     1.    The Findings and Recommendations dated June 23, 2017 (ECF No. 22) are
7 |         adopted in full;

8 |     2.    This action proceeds on Plaintiff's second amended complaint, filed on January 5,
9 |         2017, (ECF No. 19), against Defendant Ramirez for failure to protect in violation
10 |        of the Eighth Amendment;

11 |     3.    All other claims and defendants are dismissed from this action based on Plaintiff's
12 |        failure to state claims upon which relief may be granted; and

13 |     4.    This matter is referred back to the assigned Magistrate Judge for proceedings
14 |        consistent with this order.

IT IS SO ORDERED.

   Dated:   **July 20, 2017**             **/s/ Lawrence J. O'Neill**
                                               UNITED STATES CHIEF DISTRICT JUDGE