# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GRIFFITHS,<br><br>        Plaintiff,<br><br>    v.<br><br>K. RAMIREZ,<br><br>        Defendant. | Case No.: 1:15-cv-01226-LJO-BAM (PC)<br><br>ORDER THAT INMATE STEVEN GRIFFITHS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Steven Griffiths is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on February 8, 2018. Inmate Steven Griffiths, CDCR #H-21488, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 8, 2018**

UNITED STATES MAGISTRATE JUDGE