UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GRIFFITHS,<br><br>        Plaintiff,<br><br>   v.<br><br>RAMIREZ,<br><br>        Defendant. | Case No. 1:15-cv-01226-LJO-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

Plaintiff Steven Griffiths is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 8, 2018, this Court conducted a settlement conference, during which the parties reached a settlement agreement, with terms stated on the record. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**February 8, 2018**__                     /s/ Barbara A. McAuliffe_____

                                                            UNITED STATES MAGISTRATE JUDGE