# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GRIFFITHS,<br><br>             Plaintiff,<br><br>     v.<br><br>RAMIREZ,<br><br>             Defendant. | Case No.  1:15-cv-001226-LJO-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE<br><br>(ECF No. 46) |

Plaintiff Steven Griffiths is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On February 14, 2018, defense counsel filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 46.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant Ramirez, indicating that the case has been resolved in its entirety.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear their own litigation costs and attorney's fees.  The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

    Dated:   **February 15, 2018**                    /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE